1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8                                 * * *

9    ANTHONY JAMES TIPSON,              Case No. 3:13-cv-00530-MMD-VPC

10                          Plaintiff,   ORDER ADOPTING AND ACCEPTING
                                         REPORT AND RECOMMENDATION
11        v.                             MAGISTRATE JUDGE
                                         VALIERIE P. COOKE
     CATHY REYES, et al.
12                          Defendants.

13

14        Before the Court is the Report and Recommendation of United States Magistrate

15   Judge Valerie P. Cooke (dkt. no. 3) ("R&R") relating to plaintiff's application to proceed *in*

16   *forma pauperis* (dkt. no. 1) and *pro se* complaint (dkt. no. 1-1). No objection to the R&R

17   has been filed.

18        This Court "may accept, reject, or modify, in whole or in part, the findings or

19   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

20   timely objects to a magistrate judge's report and recommendation, then the court is

21   required to "make a *de novo* determination of those portions of the [report and

22   recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

23   to object, however, the court is not required to conduct "any review at all . . . of any issue

24   that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

25   Indeed, the Ninth Circuit has recognized that a district court is not required to review a

26   magistrate judge's report and recommendation where no objections have been filed. *See*

27   *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

28   of review employed by the district court when reviewing a report and recommendation to

1  which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219,

2  1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the

3  view that district courts are not required to review "any issue that is not the subject of an

4  objection."). Thus, if there is no objection to a magistrate judge's recommendation, then

5  the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F.

6  Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to

7  which no objection was filed).

8       Nevertheless, this Court finds it appropriate to engage in a *de novo* review to

9  determine whether to adopt Magistrate Judge Cook's R&R. Upon reviewing the R&R and

10 filings in this case, this Court finds good cause to accept and adopt the Magistrate

11 Judge's R&R in full.

12      It is therefore ordered, adjudged and decreed that the Report and

13 Recommendation of Magistrate Judge Valerie P. Cooke (dkt. no. 3) is accepted and

14 adopted in its entirety.

15      It is further ordered that plaintiff's application to proceed *in form pauperis* (dkt. no.

16 1) is granted.

17      It is further ordered that the Clerk shall detach and file the complaint (dkt. no. 1-1).

18      It is further ordered that the complaint be dismissed with prejudice.

19      DATED THIS 30th day of October 2014.

20

21      _____
        MIRANDA M. DU
22      UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

2